## Carlsson *v.* Pennsylvania General Insurance Company, Appellant.

Argued March 20, 1970. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

554

*David P. Truax,* with him *Stuart A. Culbertson,* and *Allen and Truax,* for appellant.

*Paul D. Shafer, Jr.,* with him *Thomas, Shafer, Walker, Dornhaffer & Swick,* for appellee.

OPINION PER CURIAM, May 27, 1970:

The issues raised by this appeal were resolved in *Carlsson v. Pa. General Ins. Co.,* 214 Pa. Superior Ct. 479, 257 A. 2d 861 (1969).

Judgment affirmed.

Mr. Justice JONES dissents.

Mr. Chief Justice BELL did not participate in the consideration or decision of this case.